UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Certain Underwriters at Lloyd's London, et al.,

        Plaintiff(s),                      24 Civ. 1684 (CM)

-against-                           CALENDAR NOTICE

BASF Corporation, et al.,

        Defendant(s),
-------------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | _X_ Status conference | ___ Oral argument |
| ___Settlement conference | ___Plea Hearing |     (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | ___ Fairness Hearing |
| ___Telephone conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

**on Thursday, September 11, 2025 at 11:00 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: August 13, 2025
       New York, New York

So Ordered:

_____
Colleen McMahon, U.S.D.J