UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

Certain Underwriters at Lloyd's London, et al.,

                                              Plaintiff,

-against-

BASF Corporation, et al.,

                                              Defendants.

No. 24 Civ. 1684 (CM)

## ORDER

McMahon, J.:

The court has been advised that this case, which was originally designated as a tag along action in In Re Aqeuous Film-Forming Foams (AFFF) Products Liability Litigation, MDL Docket No. 2873 (RMG), pending in the District of South Carolina, was ordered remanded to the New York State Supreme Court on November 22, 2024, by the MDL judge. Therefore, the Clerk of Court is directed to close this case and remove it from this court's list of open matters.

Dated: September 4, 2025

                                                                      _/s/ Colleen McMahon_